**Opinion issued January 31, 2013**



In The

# Court of Appeals

For The

# First District of Texas

———

## NO. 01-11-00828-CV

———

## NATHANIEL JONES III, Appellant

## V.

## HOUSTON POLICE DEPARTMENT, Appellee

---

## On Appeal from the 333rd District Court
## Harris County, Texas
## Trial Court Cause No. 2010-78155

---

## MEMORANDUM OPINION

Appellant, Nathaniel Jones III, has failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file brief). After being notified that this appeal was subject to

dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case).

We dismiss the appeal for want of prosecution for failure to timely file a brief. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Brown.